IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Tiffany L Rice            )        16 B 12077
                                 )
                                 )
        Debtor(s)                )        Judge Cassling

NOTICE OF WITHDRAWAL OF CLAIM

Nicholas C Kirkeles
c/o Edgerton & Edgerton
125 Wood Street
PO BOX 218
West Chicago IL 60186-0218

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB 02 2017
JEFFREY P. ALLSTEADT, CLERK

Our records indicate an incorrect claim was filed in the above case.
The Court's claim register reads as follows:

| FILE DATE | AMOUNT | ACCT # | REGISTER # | FILED BY |
|---|---|---|---|---|
| 05/05/16 | $3057.00 | 20160028.001 | 5 | Edgerton & Edgerton |

I do hereby withdraw the claim filed by Edgerton & Edgerton on 05/05/16 in the amount of $3,057 (court claim #5).

Creditor Signature: _Pat Edgerton, as Attorney for Nicholas Kirkeles_

Printed Name: _Patrick Edgerton_

EDGERTON & EDGERTON
ATTORNEYS AT LAW
125 WOOD STREET
P.O. BOX 218
WEST CHICAGO, IL 60186-2018
(630) 231-3000

Title: _Partner_

Date: _1/26/17_

Telephone no.: _____

Michael P. Edgerton
Patrick L. Edgerton
Ashley M. Bump

# EDGERTON & EDGERTON

ATTORNEYS AT LAW
125 WOOD STREET - P.O. BOX 218
WEST CHICAGO, ILLINOIS 60186-0218

PHONE (630) 231-3000
FAX (630) 231-5439
www.edgertonlawfirm.com

January 26, 2017

<u>VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED</u>

**CLERK OF THE BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
INTAKE DESK, ROOM 710
219 SOUTH DEARBORN STREET
CHICAGO IL 60604**

Re: **NICHOLAS C. KIRKELES ATTORNEY AT LAW v. MARY RICE**
Our File #**20160028.001**    Case #**16 SC 886**

Dear Folks:

Enclosed please find please find Notice of Withdrawal of Claim regarding the above captioned matter. Please file.

If you have any questions and or comments please contact me at the above captioned number.

Sincerely yours,

Patrick L. Edgerton
PLE/og
Enclosure