UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                           Case No. 16-12077

    Tiffany L Rice

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/08/2016.

2) The plan was confirmed on 08/19/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/03/2018.

5) The case was dismissed on 06/22/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,814.64.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,553.95 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$9,553.95** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $480.85 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,480.85** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BECKET & LEE LLP | Unsecured | 7,086.00 | 7,085.01 | 7,085.01 | 0.00 | 0.00 |
| CAPITAL ASSET RECOVERY LLC | Secured | 3,125.00 | 2,909.85 | 2,909.85 | 1,139.06 | 134.74 |
| CITY OF ELGIN | Unsecured | 664.00 | 664.75 | 664.75 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | NA | 140.60 | 140.60 | 0.00 | 0.00 |
| EDGERTON & EDGERTON | Unsecured | 1,305.70 | 1,344.70 | 1,344.70 | 0.00 | 0.00 |
| EDGERTON & EDGERTON | Unsecured | 0.00 | 1,344.70 | 1,344.70 | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 2,800.00 | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 0.00 | 3,503.59 | 3,503.59 | 691.75 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 3,480.00 | 4,053.19 | 4,053.19 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 7,766.20 | 8,516.20 | 8,516.20 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 9,600.00 | 8,970.95 | 8,970.95 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 14,932.49 | 15,738.83 | 15,738.83 | 3,107.55 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 572.00 | 572.10 | 572.10 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 150.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 300.00 | 880.00 | 880.00 | 0.00 | 0.00 |
| PROVENA SAINT JOSEPH MEDICAL ( | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| PROVENA SAINT JOSEPH MEDICAL ( | Unsecured | 398.60 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 149.45 | NA | NA | 0.00 | 0.00 |
| REGENCY PROP LLC/DOUGLAS C HA | Unsecured | 2,375.00 | NA | NA | 0.00 | 0.00 |
| REGENCY PROPERTIES LLC/DOUGL/ | Unsecured | 2,191.00 | NA | NA | 0.00 | 0.00 |
| REGENCY PROP LLC/DOUG C HANC( | Unsecured | 1,725.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 18.74 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 662.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SUBURBAN EAR NOSE & TROAT ASS | Unsecured | 239.87 | NA | NA | 0.00 | 0.00 |
| SUBURBAN SURGICAL ASSISTANCE | Unsecured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN SURGICAL CARE SPECIA | Unsecured | 1,250.79 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 311.86 | NA | NA | 0.00 | 0.00 |
| FIRST FINANCIAL ASSET MGMT IN | Unsecured | 1,583.43 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGT/AMERISTAR | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| WOW SCHAUMBURG | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| GERMBUSTERS PC | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY SPEC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| HCFS HEALTHCARE FINANCIAL SER | Unsecured | 643.00 | NA | NA | 0.00 | 0.00 |
| LAKE CO PROSEC ATTY BAD CHECK | Unsecured | 311.50 | NA | NA | 0.00 | 0.00 |
| MEDICAL CENTER ANESTHESIA | Unsecured | 349.95 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY SERVICES | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| NEOPATH SC | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT | Unsecured | 91.21 | NA | NA | 0.00 | 0.00 |
| PREMIUM CREDIT CORP | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE WOMANS HEALTHCA | Unsecured | 1,593.07 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MED CENTER | Unsecured | 31.20 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MED CENTER | Unsecured | 31.20 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE | Unsecured | 912.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE RECOVERY MANAGEMEN | Unsecured | 1,076.40 | NA | NA | 0.00 | 0.00 |
| AMCA COLL AGY/QUEST DIAG INC | Unsecured | 159.27 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK NA | Unsecured | 721.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| ASF INTERNATIONAL | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN PSYCHIATRY AND C | Unsecured | 248.35 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT SERVICES | Unsecured | 7,484.34 | NA | NA | 0.00 | 0.00 |
| CERTEGY CHECK SERVICES INC | Unsecured | 71.80 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1,318.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPARTMENT FIN | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| COMPASS HEALTHCARE CONSUL | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SVC | Unsecured | 2,073.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SVC | Unsecured | 2,015.00 | NA | NA | 0.00 | 0.00 |
| COSMETIC & PLASTIC SURGERY ASS | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LO/WOW SC | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| ELGIN FIRE DEPARTMENT | Unsecured | 1,870.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 689.00 | 688.62 | 688.62 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,909.85 | $1,139.06 | $134.74 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,909.85** | **$1,139.06** | **$134.74** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $19,242.42 | $3,799.30 | $0.00 |
| **TOTAL PRIORITY:** | **$19,242.42** | **$3,799.30** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$37,160.82** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,480.85 |
| Disbursements to Creditors | $5,073.10 |
| **TOTAL DISBURSEMENTS :** | **$9,553.95** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/22/2018            By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**